

**FILED**

2:51 pm, 3/18/26

Margaret Botkins
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. _____ 26-CR-38-SWS |
| Plaintiff, | **18 U.S.C. § 2252A(a)(5)(B), (b)(2)** |
| v. | (Possession of Child Pornography |
| **WOLF ELKINS DURAN,** | – Subsequent Offense) |
| Defendant. | Forfeiture Notice |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

Between on or about December 29, 2025 and on or about January 5, 2026, in the District of Wyoming, the Defendant, **WOLF ELKINS DURAN**, did knowingly possess material which contains images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involve prepubescent minors, and which was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, namely, a Samsung Galaxy A16, not a product of Wyoming.

In violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

### FORFEITURE NOTICE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. As authorized by 18 U.S.C. § 2253 and upon the conviction of an offense in violation of 18 U.S.C. §§ 2252A, the Defendant, shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2252A or any matter which contains any such visual depiction, which was possessed, produced, transported, mailed, shipped or received in violation of 18 U.S.C. §§ 2252A; and any personal property used or intended

to be used to commit and to promote the commission of the offenses.  The property to be forfeited includes but is not limited to:

- a Samsung Galaxy A16, bearing serial number: RZCY70AXFZT.

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

DARIN D. SMITH
United States Attorney

2

## PENALTY SUMMARY

**DEFENDANT NAME:**      **WOLF ELKINS DURAN**

**DATE:**      March 16, 2026

**INTERPRETER NEEDED:**      No

**VICTIM(S):**      Yes

**OFFENSE/PENALTIES:**      **18 U.S.C. § 2252A(a)(5)(B), (b)(2) - Subsequent Offense** (Possession of Child Pornography)

10-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $17,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

**AGENT:**      Gary Sedar, DCI

**AUSA:**      Mackenzie R. Morrison, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**      1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**      Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**      No

1