Jordan Deckenbach, Wyoming Bar No. 8-7207
Assistant Federal Public Defender
104 S. Wolcott Str., Ste 550
Casper, WY 82601
Phone: (307) 772-2781
Fax: (307) 772-2781
jordan.deckenbach@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 26-CR-38-SWS |
| WOLF ELKINS DURAN, | |
| Defendant. | |

## ENTRY OF APPEARANCE

Jordan Deckenbach, Assistant Federal Public Defender, enters his

appearance as appointed counsel for the Defendant in the above-captioned matter

now pending before U.S. District Court.

DATED this 6th day of May 2026.

Respectfully submitted,

TRACY R. HUCKE
Federal Public Defender

*/s/ Jordan Deckenbach*
JORDAN DECKENBACH
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026 the foregoing was electronically filed and consequently served on counsel of record.


*/s/ Jordan Deckenbach*
JORDAN DECKENBACH